**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Dominic Morales,<br><br>          Plaintiff(s),<br><br>v.<br><br>Federal Aviation Admin,<br><br>          Defendant(s). | 2:23-cv-01455-CDS-VCF<br><br>**<u>ORDER</u>** |

Before the court is the Federal Defendant's motion for extension of time to respond to plaintiff's complaint.  ECF No. 2.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

No opposition has been filed and the time to file an opposition has passed.

Accordingly,

IT IS HEREBY ORDERED that the Federal Defendant's motion for extension of time to respond to plaintiff's complaint (ECF No. 2), is GRANTED.

DATED this 6th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE